Russell HILL, Appellant

·v.

Loretta E. LYNCH, et al., Appellees.

No. 12-5409
Consolidated with 13-5041, 13-
5042, 13-5063, 14-5095
September Term, 2015

United States Court of Appeals,
District of Columbia Circuit.

Filed On: June 3, 2016

Russell Hill, Walnut Grove, MS, Pro Se.

Zachary Johnson, Walnut Grove, MS,
Pro Se.

R. Craig Lawrence, April Denise Sea-
brook, Assistant U.S. Attorney, U.S. Attor-
ney's Office (USA), Civil Division, Wash-
ington, DC, for Defendants–Appellees.

BEFORE: Garland, Chief Judge,* and
Henderson, Rogers, Tatel, Brown, Griffith,
Kavanaugh, Srinivasan, Millett, Pillard,
and Wilkins,* Circuit Judges

### ORDER

Per Curiam

Upon consideration of appellants' peti-
tions for rehearing en banc and the ab-
sence of a request by any member of the
court for a vote, it is

**ORDERED** that the petitions be denied.

* Chief Judge Garland and Circuit Judge Wil-